# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAHSA TAHRIRI-ADABI,              ) | |
|                                                       ) | |
|           Plaintiff,                           ) | |
|                                                       ) | |
| v.                                                 ) | Civil Action No. 8:16-cv-00432-PWG |
|                                                       ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, et al.,                                    ) | |
|                                                       ) | |
|           Defendants.                       ) | |
| _____) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax") submits the following Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 11th day of March, 2016.

*/s/   Nathan D. Adler*_____
Nathan Daniel Adler, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
(410) 332-8516
(410) 332-8517 – Fax
nda@nqgrg.com

Attorneys for Equifax Information Services LLC

368550

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

Kristi Cahoon Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030

/s/__Nathan D. Adler_____
Nathan Daniel Adler