IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mahsa Tahriri-Adabi       *
**Plaintiff,**
                          *
v.                           Case No. 8:16-cv-00432-PWG
                          *
Equifax Information Services, LLC, et al.
                          *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with First Point Collection Resources, Inc.,
(name of party)

is a subsidiary of First Point, Inc., Mosaic Finance Solutions is a subsidiary of First Point Collection Resources, Inc.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/14/2016  
Date

/s/ Birgit Dachtera Stuart  
Signature

**Birgit Dachtera Stuart, #17420**  
Printed name and bar number

200A Monroe Street, Suite 104, Rockville, Maryland 20850  
Address

**rcanter@roncanterllc.com**  
Email address

**(301) 424-7490**  
Telephone number

**(301) 424-7470**  
Fax number

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures this 14th day of March, 2016 to:

> Kristi Cahoon Kelly, Esq.
> KELLY & CRANDALL, PLC
> 4084 University Drive, Suite 202A
> Fairfax, Virginia 22030
> (703) 424-7576 Telephone
> (703) 591-0167 - Facsimile
> kkelly@kellyandcrandall.com
> *Counsel for Plaintiff*
>
> Nathan Daniel Adler, Esquire
> Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
> One South Street, 27th Floor
> Baltimore, MD 21202
> nda@nqgrg.com
> *Counsel for Equifax Information Services, LLC*
>
>
> /s/ Birgit Dachtera Stuart
> Birgit Dachtera Stuart, Esquire
> *Attorney for Defendant*

1