**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Southern Division

| | | |
|---|---|---|
| MAHSA TAHIRI-ADABI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. PWG 16-0432 |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : | |
| | : | |
| Defendant. | : | |

### COMPLETE SCHEDULE OF REMAINING DISCOVERY DEADLINES

Plaintiff, Equifax Information Services, LLC, and First Point Collection Resources, Inc., pursuant to the Court's Order dated May 13, 2016 [Dkt. 15], hereby submit this complete schedule of all remaining discovery deadlines.

**I.   DEADLINES**

| | |
|---|---|
| June 6, 2016: | Plaintiff's Rule 26(a)(2) expert disclosures. |
| July 6, 2016: | Defendants' Rule 26(a)(2) expert disclosures. |
| July 20, 2016: | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures. |
| July 28, 2016: | Rule 26(e)(2) supplementation of disclosures and responses. |
| August 22, 2016: | Discovery deadline; submission of status report. |
| August 29, 2016: | Requests for admission. |
| September 12, 2016: | Dispositive pretrial motions deadline. |

Respectfully submitted,

| | |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Kristi Cahoon Kelly, Esq. (No. 07244) | Nathan Daniel Adler |
| KELLY & CRANDALL, PLC | Neuberger, Quinn, Gielen, Rubin & Gibber, |

| | |
|---|---|
| 4084 University Drive, Suite 202A | P.A. |
| Fairfax, Virginia 22030 | One South Street, 27th Floor |
| (703) 424-7576 Telephone | Baltimore, Maryland 21202-3201 |
| (703) 591-0167 - Facsimile | (410) 332-8516 |
| E-mail:  kkelly@kellyandcrandall.com | (410) 332-8517 – Fax |
| *Counsel for Plaintiff* | nda@nqgrg.com |
| | *Counsel for Equifax Information Services, LLC* |

\_\_\_/s/_____
Ronald S. Canter
Birgit Dachtera Stuart
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bstuart@roncanterllc.com
*Counsel for Defendant First Point Collection Resources, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of May, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Nathan Daniel Adler | Ronald S. Canter |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | Birgit Dachtera Stuart |
| One South Street, 27th Floor | 200A Monroe Street, Suite 104 |
| Baltimore, Maryland 21202-3201 | Rockville, Maryland 20850 |
| (410) 332-8516 | Telephone: (301) 424-7490 |
| (410) 332-8517 – Fax | Facsimile: (301) 424-7470 |
| nda@nqgrg.com | bstuart@roncanterllc.com |
| *Counsel for Equifax Information Services, LLC* | *Counsel for Defendant First Point Collection Resources, Inc.* |

                                                      /s/
                                        Kristi Cahoon Kelly, Esq. (No. 07244)
                                        KELLY & CRANDALL, PLC
                                        4084 University Drive, Suite 202A
                                        Fairfax, Virginia 22030
                                        (703) 424-7576 Telephone
                                        (703) 591-0167 - Facsimile
                                        E-mail:  kkelly@kellyandcrandall.com

                                        *Counsel for Plaintiff*